## SOMERS V. BARKHAMSTEAD.

A foreigner gains a settlement in no town in the state by commorancy.

ACTION of the case, for sending into Somers Robert Tudman, a pauper, with his wife and family without law and right, in June, A. D. 1790.

Plea — Not guilty. Issue to the court.

The case was — Tudman was a foreigner, he married a wife in Stafford, and went and lived in Somers; in A. D. 1788, he was warned out; he then removed to Barkhamstead, and dwelt there ten months, and then was removed by order of the civil authority and selectmen to Somers, and had been chargeable to Somers; for which they demand £34.

The court found the defendants guilty. Tudman being a foreigner, hath a settlement in no town which is obliged to maintain him, and belongs to the state to provide for; Barkhamstead's sending him to Somers was a trespass, for which this action lies. Cause continued and judgment was finally rendered for £30 damages.